**Woodrow Wilson PREACELY, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK/NEW YORK POLICE DEPARTMENT, et al., Defendants–Appellees,**

**Mincy Blackstone, Esq., et al., Defendants.**

No. 12–3061–cv.

United States Court of Appeals, Second Circuit.

Sept. 24, 2013.

Woodrow Wilson Preacely, pro se, New York, NY, for Plaintiff-Appellant.

Diana Lawless, Esq., New York City Law Department, New York, NY, for Defendant–Appellee.

Kevin Cullen McCaffrey, Esq., Cullen and Dykman LLP, New York, NY, for Defendants–Appellees.

PRESENT: RALPH K. WINTER, WALKER, RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Appellant Woodrow Wilson Preacely, proceeding *pro se,* appeals the district court's judgment dismissing his 42 U.S.C. § 1983 complaint for failure to comply with Federal Rule of Civil Procedure 8(a)(2). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews a district court's *sua sponte* dismissal of a complaint on Rule 8 grounds for an abuse of discretion. *Simmons v. Abruzzo,* 49 F.3d 83, 87 (2d Cir. 1995). Here, an independent review of the record and relevant case law reveals that the district court properly dismissed Preacely's claims. We affirm for the reasons stated by the district court in its June 12, 2012 decision.

We have considered all of Preacely's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.